IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARLENE BREESE, | ) DOCKET NO. 2:13-cv-00041-GLL |
| | ) |
| Plaintiff, | ) |
| | ) JURY TRIAL DEMANDED |
| v. | ) |
| | ) |
| WAL-MART and HOME CITY ICE CO., | ) *Electronically Filed* |
| | ) |
| Defendants. | ) |

## ORDER OF COURT

AND NOW, this  22nd   day of January, 2013, upon consideration of the parties' Stipulation to Correct Name of Wal-Mart Defendant, it is hereby ORDERED that:

1. The correct party Defendant in this action is Wal-Mart Stores East, L.P.

2. All allegations in the Plaintiff's Complaint referring to Wal-Mart will now refer to Wal-Mart Stores East, L.P.; and,

3. The new caption of this matter will read:

DARLENE BREESE, Plaintiff,
v.
WAL-MART STORES EAST, L.P., and
HOME CITY ICE CO., Defendants

BY THE COURT:

s/Gary L. Lancaster      , J.
Hon. Gary L. Lancaster,
Chief U.S. District Judge